# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ADRIA HARRIS,** | ) |
| **DERRICK HARRIS,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 2:09-CV-2297-VEH |
| | ) |
| **SANTANDER CONSUMER USA,** | ) |
| **INC.; DRIVE FINANCIAL** | ) |
| **SERVICES, LP,** | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

The court having been advised by counsel that the above entitled cause has been settled, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid. Provided, however, that any party may reopen the action within thirty (30) days, upon good cause shown, or submit a stipulated form of final judgment.

**DONE** this 11th day of August, 2010.

**VIRGINIA EMERSON HOPKINS**
United States District Judge